## WILLIAMS v. HOLSCLAW

[349 N.C. 225 (1998)]

MICHAEL ANTHONY WILLIAMS AND KATHERINE WILLIAMS v. RONALD FLOYD HOLSCLAW AND CITY OF RALEIGH

No. 28PA98

(Filed 9 October 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 from the decision of the Court of Appeals, 128 N.C. App. 205, 495 S.E.2d 166 (1998), affirming in part and reversing in part orders entered 4 October 1996 and 24 October 1996, by Barnette, J., in Superior Court, Wake County. Heard in the Supreme Court 30 September 1998.

*Law Office of Robert E. Ruegger, by Robert E. Ruegger, for unnamed defendant-appellant Integon Indemnity Corporation.*

*Fuller, Becton, Slifkin & Bell, by James C. Fuller and Asa L. Bell, Jr., for plaintiff-appellees.*

*Haywood, Denny & Miller, L.L.P., by Robert E. Levin and Thomas H. Moore, on behalf of State Farm Mutual Automobile Insurance Company, amicus curiae.*

PER CURIAM.

AFFIRMED.

Justice WYNN did not participate in the consideration or decision of this case.